NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**LEAR CORPORATION,**
*Appellant*

**v.**

**NHK SEATING OF AMERICA, INC.,**
*Appellee*

———————————

2016-1716, 2016-1717, 2016-1721, 2016-1722

———————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-01026, IPR2014-01079, IPR2014-01101, IPR2014-01202.

———————————

**JUDGMENT**

———————————

FRANK A. ANGILERI, Brooks Kushman PC, Southfield, MI, argued for appellant. Also represented by JOHN M. HALAN.

JOHN F. RABENA, Sughrue Mion, PLLC, Washington, DC, argued for appellee. Also represented by WILLIAM H. MANDIR.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, MAYER, and LOURIE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| December 20, 2016 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |